**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**ALBERT SEDGES,** Plaintiff,

v.

**SUSAN CHAIT,** Defendant.

**TO: CLERK OF THE UNITED STATES DISTRICT COURT**
**MLK Jr. Federal Bldg. & U.S. Courthouse**
**50 Walnut Street**
**Newark, NJ 07102**

**NOTICE REGARDING IFP WAIVER STATUS**

**Dear Clerk,**

I am writing to formally notify the Court that I am withdrawing my request for an **In Forma Pauperis (IFP)** fee waiver in this matter.

I no longer require a fee waiver and intend to pay the applicable filing fees. Please update the record accordingly so that this action against Defendant Susan Chait may proceed without further administrative delay.

Thank you for your prompt attention to this matter.

Respectfully submitted,

**ALBERT SEDGES, Plaintiff Pro Se**
**201 South Rogers Rd.**
**Hot Springs, AR 71901**
**BLDG I APT. 130**
**Phone: 862-683-6327**

**Dated:** April 13, 2026