

**State of New Jersey**
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
*Director*

July 29, 2026

**Via CM/ECF**
Hon. Cari Fais, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

**SO ORDERED** on this 30th day of July, 2026.

*/s/ Cari Fais*
HON. CARI FAIS, U.S.M.J.

     Re:    ***Albert Sedges v. Susan Chait,***
             **Docket No. 2:26-cv-03621-EP-CF**

          **<u>Request for Extension of Time to Respond to Complaint</u>**

Dear Judge Fais:

This office represents Defendant, Susan Chait, the Trial Court Administrator for the Morris/Sussex Vicinage of the Superior Court of New Jersey, in the above-referenced matter. The undersigned writes to request a 14-day extension of time to respond to the Complaint, which currently expires on July 31, 2026.

On June 22, 2026, the Complaint in this matter was formally filed. On July 17, 2026, the Court granted the undersigned's request for a Clerk's Order extending Defendant's time to respond to the Complaint to July 31. Additional time is needed to investigate the allegations in the Complaint and prepare an appropriate response. Thus, we respectfully request a 14-day extension of her time to respond to the Complaint, through August 14, 2026. *Pro se* plaintiff Albert Sedges has kindly consented to this request.

We thank the Court for its consideration of this request and attention to this matter.

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By:    */s/Catriona Coffey*
        Catriona Coffey
        Deputy Attorney General

cc:    Albert Sedges (via CM/ECF)


