*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
*Director*

August 14, 2026

Via CM/ECF
Hon. Cari Fais, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

**Re:** ***Albert Sedges v. Susan Chait***
**Docket No. 2:26-cv-03621-EP-CF**

**Second Request for Extension of Time to Respond to the Complaint**

Dear Judge Fais:

This office represents Defendant, Susan Chait, the Trial Court Administrator for the Morris/Sussex Vicinage of the Superior Court of New Jersey, in the above-referenced matter. The undersigned writes to request a brief seven-day extension of time to respond to the Complaint.

On June 22, 2026, the Complaint in this matter was formally filed. After an initial clerk's extension, the undersigned requested a further extension of time to investigate the allegations in the Complaint and prepare an appropriate response, which the Court granted on July 30, 2026. *See* ECF No. 13. Thus, Defendant's response is presently due today, April 14, 2026. *See id.*

The undersigned has investigated Plaintiff's allegations and begun preparing Defendant's response; however, urgent and unanticipated issues in another matter are preventing the undersigned from completing those materials by today's deadline.

Accordingly, the undersigned respectfully requests a brief seven-day extension of time—until Friday, August 21, 2026—to finalize and file Defendant's response to the Complaint.

*Pro se* plaintiff Albert Sedges has again kindly consented to this request.

We thank the Court for its consideration of this request and attention to this matter.

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
*Attorney for Defendant, Susan Chait*

By: */s/Catriona Coffey*
Catriona Coffey
Deputy Attorney General

cc: Albert Sedges (via CM/ECF)